Joseph W. Sheehan
Sheehan Law Office
PO Box 70906
Fairbanks, Alaska 99707
Phone: (907)456-6090
Fax: (907)451-6070
E-mail: jsheehan@jwslawoffice.com

## United States District Court
## District of Alaska

| | |
|---|---|
| STATE OF ALASKA, FOR THE USE AND BENEFIT OF GREAT NORTHWEST INC.<br><br>Plaintiff,<br><br>vs.<br><br>TWIN PEAKS CONSTRUCTION AND WESTERN SURETY COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:13-cv-00009-RRB |

### NOTICE OF DISMISSAL PURSUANT TO CIVIL RULE 41(a)

COME NOW Plaintiff Great Northwest, Inc., and hereby give notice of the dismissal of the complaint pursuant Civil Rule 41(a)(1)(A)(i). This notice is filed prior to the entry of an appearance or answer of an adverse party, therefore no court approval is required.

Dated this 26th day of February, 2013.

_____
Joseph W. Sheehan, ABN 7004024
PO Box 70906, Fairbanks, AK 99707
jsheehan@jwslawoffice.com
Telephone: (907)456-6090

Notice of Dismissal Pursuant to Civil Rule 41(a)(A)(i)
Case No. 4:13-cv-00009-RRB